IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BARBARA LEWIS                                                                                      PLAINTIFF

V.                              CASE NO. 4:06-CV-01383-BRW

WYETH, ET AL                                                                                      DEFENDANTS

## ORDER

The Plaintiffs' Request for Order pursuant to Amended General Order No 54 Authorizing Possession of Electronic Devices in Courthouse is GRANTED.

Russell T. Abney, David P. Dearing, E. Frank Woodson, Kelly Allen, April Cowgill, Tracie Taylor, Heather Hall, Brandon Potter, Barbara Lewis, Richard Clapp, MD, Elizabeth Naftalis, MD, Victor Coyle, Suzanne Parisian, MD, Robert Fincher, MD, and James A. Waldron, MD., and Maurice Talmud are authorized to bring into the Courthouse and possess and retain on their person electronic devices including cell phones, laptop computers, Blackberries and other PDA-type devices, while attending the trial in the above styled case in Judge Wilson's courtroom beginning on Monday, December 3, 2012, Courtroom #A401, and any pre-trial which may be scheduled.

The parties are reminded that pursuant to Amended General Order No. 54, paragraph 7(b), cell phones, Blackberries or PDA type devices must be turned off and put away when in the courtroom.

IT IS SO ORDERED this 28th day of November, 2012.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE